29,892-21

ROY L. SMITHWICIK JR.
TDCJ#622814 McConnell
3001 S. Emily Dr.
Beeville, Tx. 78102

MOTION DENIED
DATE: 4-14-15
BY: PC

Court of Crimijnal Appeals
ATTN: Clerk
CAPITOL STATION
P.O. Box 12308
Austin Tx. 78711

RE: Application Error CCA#29,892-21          March 24, 2015

Dear Clerk,
    You were instructed not to accept another Application for 11.07 unless the requirments were met for a Successive application under Sec. 4 .

    In November 2014 the Court of Criminal Appeals found that a filing for Habeas Corpus Relief Under Art. 11.073 Satisfied Article 11.07 Sec. 4(a)(1); As the "L E G A L   B A S I S" of Art. 11.073 ---was not available for consideration in a previous Application.--- (See: Ex Parte Neal Hampton Robbins, CCA#73,484-02)

    Ex Parte Robbins re-submitted the same exact errors cited in a previous application under the New "Legal Basis" (Art. 11.073) that was previously unavailable.

----LIKE WISE----
    My resent Application for relief was due to the previously UNAVAILABLE LEGAL BASIS OF ART. 11.073.

    Ex Parte Robbins has defined Art. 11.073 as a New "Legal Bassis" metting the requirements for a Successive Application to specifically address discredited Scientific testimony relied upon by the State.

    Will you please RE-Consider my Application for review under the NEW STATUTE previously unavailable. Also consider and present to the court the Objection I mail your office concerning the Application.

    Thank you for your time and attention. Will you please addvise me of your decision for review Under the New Statute previously Unavailble.

                              Respectfully Submitted,

                              ROY L. SMITHWICK JR.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk